```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO.  11-24274-CIV-SEITZ
                         MAGISTRATE JUDGE P. A. WHITE
```

JUAN HERNANDEZ,                   :

    Petitioner,               :

v.                                :         REPORT OF
                                          MAGISTRATE JUDGE
IMMIGRATION AND CUSTOMS                      (DE#12)
ENFORCEMENT,                      :

    Respondent.               :
-----------------------------

    The pro-se petitioner, Juan Hernandez, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241, while confined in the Everglades Correctional Institution challenging a detainer lodged by the Respondent.

    An Order to Show Cause was issued, and the government filed a Response (DE#12), stating correctly that this claim is moot. The government asserts that before the filing of the petition on November 22, 2011, the detainer was cancelled and the petitioner was out of the custody of the Florida Department of Corrections by November 26, 2011 (Exh B). The petitioner is under supervision, and living in the community of South Florida. (Exh A).

    Clearly, the petitioner's release from incarceration renders this petition moot. Article III of the Constitution limits the federal court jurisdiction to the consideration of cases and controversies. In order to satisfy the constitutional requirement, the petitioner must suffer or be threatened with an actual injury traceable to the defendant, which is likely to be redressed by a favorable judicial decision. <u>Soliman v. United State</u>, 296 F.3d

1237, 1243-44 (11 Cir. 2002). Once the petitioner is released, he must demonstrate an existing collateral consequence in order to maintain the suit. Id. Spencer v Kemma, 523 U.S. 1 (1998)

It is therefore recommended that the petition be dismissed as moot.

Objections to this Report may be filed with the United States District Judge within fourteen days after receipt.

Dated this 21st day of March, 2012.

                                                  UNITED STATES MAGISTRATE JUDGE

cc:   Juan Hernandez, pro-se
      19035 NW 45 Ave,
      Address of record

      Milton Aponte, AUSA
      Attorney of record