UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-24274-CIV-SEITZ/WHITE

JUAN CARLOS HERNANDEZ RODRIGES,

        Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

        Respondent,
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-13]. In that Report, Magistrate Judge White recommends that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 be denied as moot because the detainer on which Petitioner was being held was cancelled. Thus, there no longer exists a case or controversy. Furthermore, Petitioner has not filed objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Plaintiff has not objected, it is

    ORDERED that:

    (1) The above-mentioned Report of Magistrate Judge [DE-13] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

    (2) Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [DE-1] is DISMISSED as moot.

    (3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 20 day of April, 2012.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
All Counsel of Record